UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANGELA RICO GONZALEZ,

Plaintiff,

V.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE NUMBER: 1:15-cv-01142  GSA

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

[X]   GRANTED

[X]   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All
costs of service shall be advanced by the United States.

[ ]   DENIED, for the following reasons:

ENTERED: July 28, 2015

/s/ Gary S. Austin
United States Magistrate Judge Gary S. Austin