Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
ANGELA RICO GONZALEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA RICO GONZALEZ | Case No.: 1:15-cv-01142-EPG |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME TO FILE OPENING BRIEF |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Angela Rico Gonzalez and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from March 11, 2016 to April 8, 2016 for Plaintiff to file a Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request

of Plaintiff's counsel to allow additional time to fully research the issues presented. Plaintiff's counsel has requested this extension in good faith.

DATE: March 11, 2016               Respectfully submitted,

                                    LAWRENCE D. ROHLFING

                                            /s/ *Denise Bourgeois Haley*
                          BY: _____
                                  Denise Bourgeois Haley
                                  Attorney for plaintiff Ms. Angela Rico Gonzalez

DATE: March 11, 2016               BENJAMIN B. WAGNER
                                       *United States Attorney*

                                         /s/ *Lynn M. Harada*
                          BY:_____
                               Lynn M. Harada
                               Special Assistant United States Attorney
                               Attorneys for defendant Carolyn W. Colvin
                               |*authorized by e-mail|

# ORDER

    Pursuant to the above stipulation, Plaintiff's opening brief shall be due no later than **April 8, 2016**. All other dates in the scheduling order issued on July 28, 2015 (Doc. 5) is modified accordingly.

IT IS SO ORDERED.

    Dated: **March 14, 2016**                                  /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE