Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Angela Rico Gonzalez

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| ANGELA RICO GONZALEZ, | Case No.: 1:15-cv-01142-EPG |
| Plaintiff, | ORDER ON APPLICATION TO FILE A LATE BRIEF |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on Plaintiff's Application for Late Filing (ECF No. 17), Plaintiff's brief, which was filed on April 12, 2016, is deemed timely filed. Defendant's opposition brief shall be filed no later than May 12, 2016. Plaintiff may file a reply brief no later than May 27, 2016.

IT IS SO ORDERED.

Dated: **April 13, 2016**          /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE

-1-