PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA RICO GONZALEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:15-cv-01142-EPG<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended 30 days to and including June 13, 2016.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defense counsel respectfully requests this extension as the parties need additional time to discuss the possibility of settlement.

    The parties further stipulate that the remaining dates in the Court's Scheduling Order shall be modified accordingly.

///

1 | Defense counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated:  May 12, 2016          */s/ Lynn Harada for Denise Bourgeois Haley*_
(*as authorized via email on 5/12/16)
DENISE BOURGEOIS HALEY
Attorney for Plaintiff


Dated: May 12, 2016           PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:    /s/  *Lynn Harada*
LYNN HARADA
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Based on the above stipulation, and good cause appearing therein, the Court grants Defendant an extension of time to file her opposition to Plaintiff's opening brief. Defendant's opposition brief shall be filed no later than June 13, 2016. Plaintiff may file her reply brief no later than June 28, 2016.
IT IS SO ORDERED.

Dated:   **May 13, 2016**                         /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE