PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN HARADA [C.S.B.N. 267616]
Special Assistant United States Attorney
    Social Security Administration, Region IX
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8977
    Facsimile: 415-744-0134
    e-mail: Lynn.Harada@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA RICO GONZALEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:15-cv-01142-EPG<br><br>STIPULATION AND ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTER JUDGMENT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THIS CASE |

    IT IS HEREBY STIPULATED, by and between Angela Rico Gonzalez (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) to hold a new hearing and issue a new decision. The Appeals Council will direct the ALJ to further evaluate Plaintiff's subjective complaints and the third party testimony. The ALJ will also reassess Plaintiff's vocational profile and determine whether she can perform her past relevant work as actually or generally performed, or whether other jobs exist in significant numbers in the national economy that Plaintiff can perform given her vocational profile and residual functional capacity.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

Date:  May 17, 2016          */s/ Lynn Harada for Denise Bourgeois Haley*\*
                             (\*As authorized via email)
                             DENISE BOURGEOIS HALEY
                             Attorney for Plaintiff

Date:  May 17, 2016          PHILLIP A. TALBERT
                             Acting United States Attorney
                             DEBORAH LEE STACHEL
                             Acting Regional Chief Counsel, Region IX
                             Social Security Administration

              BY:    /s/ Lynn Harada
                     LYNN HARADA
                     Special Assistant United States Attorney
                     Attorneys for Defendant

ORDER:

The Court has reviewed the parties' agreement and adopts the stipulation. (Doc. 21). Accordingly, this action shall be remanded for further administrative action pursuant sentence four of 42 U.S.C. section 405(g).

On remand, the Appeals Council shall remand the case to an administrative law judge (ALJ) to hold a new hearing and issue a new decision.  The Appeals Council will direct the ALJ to further evaluate Plaintiff's subjective complaints and the third party testimony.  The ALJ shall also reassess Plaintiff's vocational profile and determine whether she can perform her past relevant work as actually or generally performed, or whether other jobs exist in significant numbers in the national economy that Plaintiff can perform given her vocational profile and residual functional capacity.

Further, the Clerk of the Court shall enter a final judgment in favor of Plaintiff Rico Angela Gonzalez, and against Defendant, Commissioner of Social Security.  The Clerk of the Court is also directed to close this case.

IT IS SO ORDERED.

Dated:   **May 19, 2016**                             /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE