Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Angela Rico Gonzalez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA RICO GONZALEZ,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>CAROLYN W. COLVIN, Acting  )<br>Commissioner of Social Security,  )<br>  )<br>  )<br>Defendant  )<br>  ) | Case No.: 1:15-cv-01142-EPG<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses (ECF No. 24), IT IS ORDERED that fees and expenses in the amount of $4,324.00, as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **August 18, 2016**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE